UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | NO. 3:19-CR-128 |
| v. ) | |
| ) | JUDGE VARLAN |
| STEVEN A. HUMPHRIES ) | |

## NOTICE OF NO OBJECTION TO THE
## PRESENTENCE INVESTIGATION REPORT

The United States of America, by and through the United States Attorney for the Eastern District of Tennessee, hereby files this Notice of No Objection to the Presentence Investigation Report, and states that having reviewed the Presentence Investigation Report prepared by Joseph Cuccia, United States Probation Officer, the government has no objection thereto.

Respectfully submitted this 1st day of September, 2020.

                                      J. DOUGLAS OVERBEY
                                      UNITED STATES ATTORNEY

By:    *s/ Jennifer Kolman*
         Jennifer Kolman
         Assistant United States Attorney
         800 Market Street, Suite 211
         Knoxville, Tennessee 37902
         (865) 545-4167
         jennifer.kolman@usdoj.gov
         GA Bar # 427930