# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:19-CR-128 |
| | ) Judge VARLAN |
| | ) |
| STEVEN A. HUMPHRIES | ) |

## STIPULATION

The United States of America, by the United States Attorney for the Eastern District of Tennessee and the defendant, **STEVEN A. HUMPHRIES**, along with his attorney, Johnathan Wood, stipulate that pursuant to 18 United States Code § 2259 the defendant will pay restitution in the amount of $3,000.00 to "Sierra" in the Jan_Socks1 series.

Respectfully submitted this 24th day of September, 2020.

By:

Douglas J. Overbey
United States Attorney

Jennifer Kolman
Assistant United States Attorney

Steven A. Humphries
Defendant

Jonathan S. Wood
Attorney for the Defendant